UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WINTER BAYNES-BOWDEN
and DARREN BOWDEN,

        Plaintiffs,

                                     Case No. 11-CV-15052
v.                                HON. GEORGE CARAM STEEH


LINDA MANNING-PARK,
DTG OPERATIONS, INC.,
d/b/a THRIFTY CAR
RENTAL-MICHIGAN, and
SAFECO INSURANCE
COMPANY OF ILLINOIS,

        Defendants.

_____/

ORDER GRANTING DEFENDANTS DTG OPERATIONS, INC. AND
LINDA MANNING-PARK'S MOTION TO BIFURCATE FIRST-PARTY
AND THIRD PARTY CASES FOR TRIAL (#7)

On June 30, 2011, plaintiffs filed a complaint against defendants in Wayne County Circuit Court for damages allegedly resulting from a July 8, 2008 motor vehicle accident. On November 15, 2011, defendant Manning-Park removed the case to this court. On December 21, 2011, defendants DTG Operations and Manning-Park filed a motion to bifurcate first-party and third party cases for trial. No response was filed by the deadline imposed by the Local Rules of the Eastern District of Michigan. Therefore, for the reasons set forth in defendants' motion, the motion to bifurcate is GRANTED.

IT IS SO ORDERED.

Dated: January 12, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 12, 2012, by electronic and/or ordinary mail.
s/Marcia Beauchemin
Deputy Clerk