UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINTER BAYNES-BOWDEN and
DARREN BOWDEN,

        Plaintiffs,

vs.

        Case No. 11-CV-15052

        HON. GEORGE CARAM STEEH

LINDA MANNING-PARK, et al.,

        Defendants.
_____/

ORDER GRANTING MICHIGAN SPINE AND BRAIN
SURGEONS' MOTION FOR LEAVE TO INTERVENE [DOC. 16]

      Michigan Spine and Brain Surgeons ("MSBS") have filed a motion to intervene in this case as party plaintiffs pursuant to Federal Rule of Civil Procedure 24. MSBS seeks to intervene to collect for services provided to plaintiff, both as a subrogee of plaintiff under the no-fault policy and as a direct claim against Safeco. There are no objections to permitting MSBS to intervene in the first party count of plaintiff's complaint.

      IT IS HEREBY ORDERED that MSBS's motion to intervene in plaintiff's first party claim against defendant Safeco is GRANTED.

Dated: June 6, 2012

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 6, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk